IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JURY TRIAL REQUESTED

| | |
|---|---|
| **ROBERTO RIVERA** | § |
| *Plaintiff,* | § |
| | §  CIVIL ACTION NO. 4:25-cv-02959 |
| VS. | § |
| | § |
| **STATE FARM LLOYDS** | § |
| *Defendant.* | § |

## NOTICE OF REMOVAL

Defendant **STATE FARM LLOYDS,** (hereinafter "Defendant"), files this Notice of Removal of the above-styled action pursuant to 28 U.S.C. § 1446(a) and would respectfully represent and show unto this Court the following:

### A. Introduction

1. Defendant has filed its Civil Cover Sheet pursuant to Local Rule 3 and has complied with Local Rule 81. *See* **Exhibit A.**

2. On or about May 16, 2025, Plaintiff **ROBERTO RIVERA** ("Plaintiff") initiated the state court lawsuit against Defendant **STATE FARM LLOYDS** in the 190th Judicial District Court of Harris County, Texas, styled *Roberto Rivera v. State Farm Lloyds*; Cause No. 2025-34398 (the "State Court Action"). In the State Court Action, Plaintiff alleged causes of action for breach of contract, bad faith, and violations of the Texas Insurance Code and violations of the Texas Deceptive Trade Practices Act (DTPA) against Defendant. Plaintiff seeks to recover damages for amounts due and owing under a contract of insurance, and economic damages and mental anguish damages under the Texas Insurance Code and the DTPA, all of which are based on the non-

payment or underpayment of the plaintiff's claims under his insurance policy. *See Plaintiff's Original Petition*, attached hereto as **Exhibit B.** Plaintiff pleads an amount in controversy of $75,000.00 or less. *See Plaintiff's Original Petition,* at ¶ 2. Plaintiff currently estimates that actual damages to the Property under the Policy are $31,768.25 and actual mitigation expenses under the Policy are $11,818.67. *Id*. at ¶ 10. Plaintiff further seeks treble damages under the Texas Insurance Code and the DTPA; statutory interest; mental anguish damages; pre-judgment interest; and attorneys' fees. *Id*. at ¶ 43-44. It is apparent from the face of the petition that Plaintiff's claimed damages exceed the requisite amount in controversy of $75,000.00. *See* 28 U.S.C. § 1332(a)(1)*; Manguno v. Prudential Prop. & Cas. Ins. Co*., 276 F.3d 720, 723 (5th Cir. 2002); *see also* 28 U.S.C. § 1446(c)(2); *DeAguilar v. Boeing Co*., 47 F.3d 1404, 1410 (5th Cir. 1995); *cert. denied* 516 U.S. 865 (1995).

3. The attorneys involved in the action being removed are listed as follows:

| Party and Party Type | Attorney(s) |
|---|---|
| ROBERTO RIVERA – Plaintiff | Eric B. Schupper<br>TEXAS INSURANCE ATTORNEYS, PLLC<br>1980 Post Oak Blvd., Suite 300<br>Houston, Texas 77056<br>Direct: 281-805-0528 x 219<br>T: 888-491-6551<br>Via Facsimile: 305-503-7142<br>***Via Email:*** Eric@TexasIA.legal<br>SBN: 24033626 |
| State Farm Lloyds – Defendant | Amy Lyn Harrington<br>WALTERS, BALIDO & CRAIN, L.L.P.<br>2500 Tanglewilde, Suite 450<br>Houston, Texas 77063<br>Phone: (713) 832-1500<br>Email: HarringtonEdocs@wbclawfirm.com |

4. The name and address of the court from which the case is being removed is as follows:

190th Judicial District Court

The Honorable Judge Beau A. Miller
201 Caroline, 12th Floor
Houston, Texas 77002
Phone: (832) 927-2300

### B. The Notice Of Removal Is Timely

5. Defendant's agent was served with citation and a copy of Plaintiff's Original Petition on or about May 27, 2025. See **Exhibit C**. Pursuant to 28 U.S.C. §§ 1446(b), 1446(c)(1), Defendant's Notice of Removal was filed within thirty (30) days after receipt by Defendant, through service or otherwise, of a copy of an initial pleading from which it may first be ascertained that the case is one which is or has become removable, and within one year from commencement of this suit. The Houston Division of the Southern District of Texas is the proper venue because: (1) the property, which was allegedly damaged and which forms the basis of Plaintiff's lawsuit, is located in Harris County, 28 U.S.C. § 1391(b)(2), and (2) Plaintiff's State Court Action was filed and is pending in Harris County. See 28 U.S.C. § 1441(a). Harris County is within the jurisdictional limits of the Houston Division. 28 U.S.C. § 124(c)(2).

6. All information and documents required by 28 U.S.C. § 1446(a) and by Local Rule 81 to be filed with this Notice of Removal are included in the Index of Matters Being Filed, attached. In addition, pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be promptly filed with the Harris County District Clerk's Office and served on the Plaintiff.

7. Copies of all pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a), together with an index as required under Local Rule 81. See **Exhibit D.**

8. A jury trial was requested in state court and a jury fee was paid. Defendant hereby requests a jury trial in this cause of action pursuant to Local Rule 81.

### C. Complete Diversity & Amount In Controversy Is Over the Threshold

9. Pursuant to the State Court Action, at the time of the filing of this Petition, Plaintiff ROBERTO RIVERA was, and is still, citizens of Harris County, Texas.

10. State Farm Lloyds is an association of individual underwriters authorized to conduct business in Texas as a Lloyd's plan insurer, which is defined and set out in Chapter 941 of the Texas Insurance Code. The citizenship of an unincorporated association is determined by the citizenship of each member of the entity, not by the state where the entity is organized. *Royal Ins. Co. v. Quinn-L Capital Corp.,* 3 F.3d 877, 882–83 (5th Cir. 1993) (finding that a Lloyds' plan association was not a Texas citizen); *see Griggs v. State Farm Lloyds,* 181 F.3d 694, 698 (5th Cir. 1999) (finding that State Farm Lloyds is a citizen of Illinois); *Caballero v. State Farm Lloyds,* No. CA-C-03-266, 2003 WL 23109217, at *1 (S.D. Tex. Oct. 31, 2003) (same). At all relevant times, State Farm was, and continues to be, an unincorporated insurance association whose underwriters were, and still are, citizens of states other than Texas. Accordingly, State Farm is not a citizen of the State of Texas.

11. In light of the foregoing, the parties are of completely diverse citizenship. *See* 28 U.S.C. §§ 1332(a), 1332(c)(1) 1441(b).

12. Further, the case before the Court involves an amount in controversy of more than $75,000.00. *See* 28 U.S.C. § 1332(a). A court can determine that removal is proper from a plaintiff's pleadings if plaintiff's claims are those that are likely to exceed the jurisdictional amount. *See Allen v. R&H Oil & Gas., Co*, 63 F.3d 1326, 1335 (5th Cir. 1995); *De Aguilar v. Boeing Co.*, 11 F.3d 55, 57 (5th Cir. 1993). In the State Court Action, Plaintiff alleges he "seeks damages not exceeding $75,000.00". See **Exhibit B, ¶ 2**. This amount has a potential of damages in excess of the jurisdictional minimums, especially considering the language in Plaintiff's petition

alleging treble statutory damages and punitive damages. Thus, the amount in controversy in the instant case meets the requirements for removal.

### D. Basis for Removal

13. Because this is a civil action of which the District Courts of the United States have original jurisdiction, this case may be removed by this Court pursuant to 28 U.S.C. § 1446(b). Further, because Plaintiff is a citizen and resident of Texas, Defendant's citizenship is of States other than Texas, and the amount in controversy exceeds $75,000.00, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. § 1132. As such, this removal action is proper.

### E. FRCP 7.1 DISCLOSURE

14. Pursuant to Federal Rule of Civil Procedure 7.1(2) (eff. December 1, 2022), State Farm Lloyds identifies the citizenship of every individual whose citizenship is attributed to State Farm Lloyds at the time the action is removed. State Farm Lloyds is an association of individual underwriters authorized to conduct business in Texas as a Lloyd's plan insurer as defined and set out in Chapter 941 of the Texas Insurance Code. Accordingly, the citizenship of the following individuals as of the date of removal of the action is attributed to State Farm Lloyds:

   a. Mark Edward Schwamberger: Mr. Schwamberger is domiciled in Illinois. His residence and full-time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

   b. Katinka Meijerink Bryson: Ms. Bryson is domiciled in Illinois. Her residence and full-time place, of employment is in Illinois and she has expressed an intent to remain in Illinois while an Underwriter of State Fann Lloyds.

   c. Kimberly Ann Sterling: Ms. Sterling is domiciled in Illinois. Her residence and full-time place of employment is in Illinois and she has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

d. Justin Michael Tipsord: Mr. Tipsord is domiciled in Illinois. His residence and full-time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

e. Sara Gay Frankowiak: Ms. Frankowiak is domiciled in Illinois. Her residence and full-time place of employment is in Illinois and she has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

f. Craig Dean Isaacs: Mr. Isaacs is domiciled in Illinois. His residence and full-time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

g. Sarah Mineau: Ms. Mineau is domiciled in Illinois. Her residence and full-time place of employment is in Illinois and she has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

h. Jonathan Allen Porwick: Mr. Ponvick is domiciled in Illinois. His residence and full-time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Fann Lloyds.

i. Andrew Glenn Rader: Mr. Rader is domiciled in Illinois. His residence and full-time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

j. Sonya Johnson Robinson: Ms. Robinson is domiciled in Arizona. Her residence and full-time place of employment are in Illinois and Arizona and she has expressed an intent to remain in Arizona while an Underwriter of State Farm Lloyds.

k. Ronald Bradley Thein: Mr. Thein is domiciled in Illinois. His residence and full-time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

### F. Filing of Notice with State Court

15. Promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Plaintiff through their attorney of record and to the clerk of the state court action.

### G. Prayer

**WHEREFORE, PREMISES CONSIDERED,** Defendant State Farm Lloyds requests that this Court proceed with the handling of this cause of action as if it had been originally filed herein, that this Court make such orders, if any, and take such action, if any, as may be necessary

in connection with the removal of the state court action to this Court, and that it has such other and further relief to which it may show itself justly entitled.

                    Respectfully submitted,

BY:   */s/ Amy Lyn Harrington*
       Amy Lyn Harrigton
       David H. Bradley
       WALTERS, BALIDO & CRAIN, L.L.P.
       2500 Tanglewilde, Suite 450
       Houston, Texas 77063
       Phone: 713-832-1500
       Email: HarringtonEdocs@wbclawfirm.com
       **ATTORNEYS FOR DEFENDANT**
       **STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

This is to certify that on the 25th day of June, 2025, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

Eric B. Schupper
TEXAS INSURANCE ATTORNEYS, PLLC
1980 Post Oak Blvd., Suite 300
Houston, Texas 77056
Direct: 281-805-0528 x 219
T: 888-491-6551
Via Facsimile: 305-503-7142
*Via Email:* Eric@TexasIA.legal
SBN: 24033626

                    */s/ Amy Lyn Harrington*
                    AMY LYN HARRINGTON